```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22703
   STEPHANIE L LANE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8562


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/04/2007 and was confirmed 02/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED NOT I         .00            .00            .00
CITI RESIDENTIAL LENDING CURRENT MORTG         .00            .00            .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE    47928.16            .00            .00
COOK COUNTY TREASURER    SECURED NOT I         .00            .00            .00
WELLS FARGO AUTO FINANCE SECURED VEHIC         .00            .00            .00
WELLS FARGO FINANCIAL    UNSECURED             .00            .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY           332.01            .00            .00
INTERNAL REVENUE SERVICE PRIORITY          5281.01            .00            .00
ASPIRE/CB&T              UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED       NOT FILED            .00            .00
BANK OF AMERICA          UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED          1742.30           .00            .00
CUB FOODS                NOTICE ONLY     NOT FILED            .00            .00
DAVID OGG                NOTICE ONLY     NOT FILED            .00            .00
DRIVE FINANCIAL          UNSECURED       NOT FILED            .00            .00
HSBC BANK NEVADA NA      UNSECURED           439.58           .00            .00
FAMILY DOLLAR            NOTICE ONLY     NOT FILED            .00            .00
FAMILY DOLLAR            NOTICE ONLY     NOT FILED            .00            .00
FAMILY DOLLAR            NOTICE ONLY     NOT FILED            .00            .00
FAMILY DOLLAR            NOTICE ONLY     NOT FILED            .00            .00
FAMILY DOLLAR            NOTICE ONLY     NOT FILED            .00            .00
KEY NOTE CONSULTING      NOTICE ONLY     NOT FILED            .00            .00
FIRST PREMIER BANK       NOTICE ONLY     NOT FILED            .00            .00
FIRST PREMIER BANK       NOTICE ONLY     NOT FILED            .00            .00
AMERICAS RECOVERY NETWOR NOTICE ONLY     NOT FILED            .00            .00
MENARD INC               NOTICE ONLY     NOT FILED            .00            .00
MENARD INC               NOTICE ONLY     NOT FILED            .00            .00
MERRICK                  NOTICE ONLY     NOT FILED            .00            .00
MISAWA SPIESS L          NOTICE ONLY     NOT FILED            .00            .00
NICOR GAS                UNSECURED       NOT FILED            .00            .00
PLAINS COMMERCE BANK     UNSECURED           443.62           .00            .00
TARGET NATIONAL BANK     NOTICE ONLY     NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22703 STEPHANIE L LANE
```

```
WELLS FARGO BANK NA        UNSECURED       17155.63           .00              .00
CITI RESIDENTIAL LENDING   NOTICE ONLY    NOT FILED           .00              .00
TARGET NATIONAL BANK       UNSECURED         155.27           .00              .00
INTERNAL REVENUE SERVICE   UNSECURED          96.60           .00              .00
ILLINOIS DEPT OF REV       UNSECURED          62.20           .00              .00
WEST SUBURBAN BANK         UNSECURED        5780.36           .00              .00
PLAINS COMMERCE BANK       FILED LATE           .00           .00              .00
DAVID M SIEGEL             DEBTOR ATTY     3,124.00                        3,124.00
TOM VAUGHN                 TRUSTEE                                           267.38
DEBTOR REFUND              REFUND                                            308.62
```

Summary of Receipts and Disbursements:

```
                         RECEIPTS            DISBURSEMENTS

TRUSTEE                 3,700.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                3,124.00
TRUSTEE COMPENSATION                            267.38
DEBTOR REFUND                                   308.62
                       ---------------     ---------------
TOTALS                  3,700.00              3,700.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE